TO BE PUBLISHED

# Supreme Court of Kentucky

2024-SC-0048-KB

IN RE: RONNIE LEE GOLDY, JR.

IN SUPREME COURT

### OPINION AND ORDER

Pursuant to Supreme Court Rule (SCR) 3.166, the Kentucky Bar Association (KBA) requests this Court to enter an Order confirming the automatic temporary suspension of Ronnie Lee Goldy, Jr., KBA Member No. 88705, from the practice of law. Goldy was admitted to the practice of law in this Commonwealth by order entered May 1, 2002, and his bar roster address is 373 Circle Drive, Morehead, KY 40351.

On February 2, 2024, Goldy was convicted by a jury of the following felony offenses in *United States v. Goldy*, 5:23-cr-00089-DCR, in the United States District Court for the Eastern District of Kentucky: 18 U.S.C. §§ 1343, 1346, Honest Services Wire Fraud (six counts); 18 U.S.C. § 1952(a)(3), Travel Act violations (six counts); and 18 U.S.C. § 666(a)(1)(B), Bribery Concerning a Program Receiving Federal Funds (two counts). For each of Goldy's criminal violations, a term of imprisonment of at least one year is authorized by law. *See* 18 U.S.C. § 1343; 18 U.S.C. § 1952(a)(3)(A); 18 U.S.C. § 666(a).

SCR 3.166(1) provides, in relevant part, that "[a]ny member of the Kentucky Bar Association who . . . is convicted by a judge or jury of a felony, in

this State or in any other jurisdiction, shall be automatically suspended from the practice of law in this Commonwealth." This "suspension shall take effect automatically beginning on the day following the plea of guilty or finding of guilt by a judge or jury or upon the entry of judgment[,] whichever occurs first[,]" and "shall remain in effect until dissolved or superseded by order of the Court." SCR 3.166(1).

Accordingly, Goldy was automatically temporarily suspended from the practice of law in this Commonwealth beginning February 3, 2024.

Therefore, it is ORDERED that:

1. Ronnie Lee Goldy, Jr.'s automatic temporary suspension is hereby confirmed, pursuant to SCR 3.166, effective February 3, 2024, until superseded by subsequent order of this Court.

2. Notice and publication of this Opinion and Order is granted for the benefit of all members of the bar and public.

3. Pursuant to SCR 3.390, and within twenty days from the entry of this Opinion and Order, Goldy shall notify, by letter duly placed with the United States Postal Service, all courts or other tribunals in which he has matters pending, and all clients of his inability to represent them and of the necessity and urgency of promptly retaining new counsel. Goldy shall simultaneously provide a copy of all such letters of notification to the Office of Bar Counsel. In addition, Goldy shall immediately cancel any pending advertisements, to the extent possible,

2

and shall terminate any advertising activity for the duration of the term of suspension or disbarment.

All sitting. All concur.

ENTERED: March 14, 2024.

_____
CHIEF JUSTICE